1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LAMBERT TYRONE GRANDBERRY, | ) | NO. CV 10-8450-DSF(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| CEDRIC WASHINGTON, L.A.P.D., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

   IT IS ADJUDGED that the action is dismissed without prejudice.

       DATED: 8/29/11

                                    /s/ Dale S. Fischer
                                    _____
                                         DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE